Eastern District of Kentucky
FILED

JAN 17 2006

At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 05-210-HRW
CRIMINAL ACTION NO. 00-16-HRW

UNITED STATES OF AMERICA,            PLAINTIFF,

V.            **ORDER**

ADAM UELL SKELTON,            DEFENDANT.

This matter is before the Court on the Defendant's motion to vacate his sentence pursuant to 28 U.S.C. §2255. [Docket No. 61].

By Order dated November 7, 2005, the Court referred said motion to United States Magistrate Judge J. Gregory Wehrman for initial consideration. [Docket No. 62].

The Magistrate Judge has since issued a report and recommendation that the motion be dismissed pursuant to Rule 4 of the Rules Governing §2255 proceedings, without the necessity of awaiting a response from the United States. [Docket No. 63].

The parties did not file objections to the report and recommendation and the time for doing so has now passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. As no objections were filed, the Defendant has waived his right to further appeal. *Thomas v. Arn*, 728 F. 2d 813, 814 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's report and recommendation [Docket No. 63] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) that in conformity therewith, the Defendant's motion to vacate his sentence pursuant to 28 U.S.C. §2255 is **DISMISSED** pursuant to Rule 4 of the Rules Governing §2255 proceedings, without the necessity of awaiting a response from the United States.

This _10_ day of January, 2006.

*[signature]*
Henry R. Wilhoit, Jr., Senior Judge